1  **HOGAN LOVELLS US LLP**
   Alyssa Saviss (California Bar No. 318387)
2  1999 Avenue of the Stars, Suite 1400
   Los Angeles, California 90067
3  Telephone:   (310) 785-4600
   Facsimile:   (310) 785-4601
4  alyssa.saviss@hoganlovells.com

5  **HOGAN LOVELLS US LLP**
   Marty Steinberg (Florida Bar No. 187293)
6  Rafael R. Ribeiro (Florida Bar No. 896241)
   Richard C. Lorenzo (Florida Bar No. 71412)
7  600 Brickell Avenue, Suite 2700
   Miami, Florida 33131
8  Tel:   (305) 459-6500
   Fax:   (305) 459-6550
9  marty.steinberg@hoganlovells.com
   rafael.ribeiro@hoganlovells.com
10 richard.lorenzo@hoganlovells.com

11 *Counsel for Applicants*
   MULTIFLORA INTERNATIONAL LTD.,
12 AGRÍCOLA INDUSTRIAL ENTRE RIOS, S.A., and
   AGRÍCOLA ESPERANZA JACOBI, S.A.
13

FILED
NOV -3 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DMR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

CV 20 80193 MISC

| | |
|---|---|
| In Re: Application of MULTIFLORA INTERNATIONAL LTD., AGRÍCOLA INDUSTRIAL ENTRE RIOS, S.A., and AGRÍCOLA ESPERANZA JACOBI, S.A., <br><br> Applicants, <br><br> Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence for Use in Foreign Proceedings | **CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-15** |

Pursuant to Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) Multiflora International Ltd.

(2) Agrícola Industrial Entre Rios, S.A.

(3) Agrícola Esperanza Jacobi, S.A.

Dated: November 2, 2020

HOGAN LOVELLS US LLP

By: _____
Marty Steinberg
Rafael R. Ribeiro
Richard C. Lorenzo
Alyssa Saviss
*Counsel for Applicants*
MULTIFLORA INTERNATIONAL LTD., AGRÍCOLA INDUSTRIAL ENTRE RIOS, S.A., and AGRÍCOLA ESPERANZA JACOBI, S.A.