**HOGAN LOVELLS US LLP**
Alyssa Saviss (California Bar No. 318387)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
alyssa.saviss@hoganlovells.com

**HOGAN LOVELLS US LLP**
Marty Steinberg (Florida Bar No. 187293)
Rafael R. Ribeiro (Florida Bar No. 896241)
Richard C. Lorenzo (Florida Bar No. 71412)
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 459-6500
Fax: (305) 459-6550
marty.steinberg@hoganlovells.com
rafael.ribeiro@hoganlovells.com
richard.lorenzo@hoganlovells.com

*Counsel for Applicants*
MULTIFLORA INTERNATIONAL LTD.,
AGRÍCOLA INDUSTRIAL ENTRE RIOS, S.A.,
and AGRÍCOLA ESPERANZA JACOBI S.A.

**THE NORTON LAW FIRM PC**
Fred Norton (SBN 224725)
299 Third Street, Suite 106
Oakland, California 94607
Tel: (510) 906-4900
Fax: (510) 906-4910
fnorton@nortonlaw.com
bhann@nortonlaw.com
mturetzky@nortonlaw.com

*Attorneys for Third Party*
CABAN SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA. SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Application of MULTIFLORA INTERNATIONAL LTD., AGRÍCOLA INDUSTRIAL ENTRE RIOS, S.A., and AGRÍCOLA ESPERANZA JACOBI, S.A., <br><br> Applicants, <br><br> Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence for Use in Foreign Proceedings | CASE NO. 4:20-MC-80193-DMR <br><br> **JOINT STIPULATION** |

Applicants Multiflora International Ltd. ("Multiflora"), Agrícola Industrial Entre Ríos, S.A. ("Entre Ríos"), and Agrícola Esperanza Jacobi, S.A. ("Esperanza Jacobi"), along with Third Party Caban Systems Inc. ("Caban"), jointly submit this Stipulation and Proposed Order.

WHEREAS, on November 3, 2020 Applicants filed in this Court an ex parte application pursuant to 28 U.S.C. § 1782 seeking an order to take discovery in aid of foreign proceedings (the "Application"), Dkt. No. 1;

WHEREAS, the Application seeks discovery from third party Caban;

WHEREAS, Caban is not a party, nor does it have any interest, in the foreign proceedings described in the Application;

WHEREAS, the Applicants have also filed a separate application pursuant to 28 U.S.C. § 1782, in the United States District Court for the Southern District of Florida, seeking discovery from persons located in that judicial district, No. 1:20-mc-24198-JEM (the "Florida Application");

WHEREAS, Caban is not a party to the proceedings related to the Florida Application;

WHEREAS, the Applicants separately agreed that Christian Rasch may respond to the Florida Application on or before November 30, 2020, which Rasch has done;

WHEREAS, Caban and the Applicants believe that it would promote efficiency and conserve the resources of the Court and the parties if the Applicants and Caban were to meet and confer on the discovery Applicants seek in the Application, prior to the Court taking any Action on the Application;

WHEREAS, Caban desires to preserve any and all objections that it has to Application and to the discovery sought in it, until such time as the Applicants and Caban reach an agreement or the Court rules on those objections; and

WHEREAS, the Applicants and Caban hereby STIPULATE and AGREE as follows:

1. The Applicants and Caban request that the Court take no action on the Application until such time as Caban has submitted its objections to the Application and the Court has ruled on them, or the Applicants and Caban have notified the Court that they have reached agreement on the scope of the requested discovery.

2. To the extent that the Applicants and Caban are unable to reach an agreement resolving the Application, Caban shall submit all such objections or challenges to the request for judicial assistance in the form of a motion to intervene and to quash and shall do so no later than January 5, 2021, absent further stipulation or Order of the Court.

3. All of Caban's objections to the Application and any other grounds to challenge the grant of judicial assistance or the scope of the specific discovery sought are preserved until such time as the Applicants and Caban reach a formal agreement or stipulation resolving those objections and challenges, or the Court has issued a final Order sustaining or overruling them.

4. To the extent that the United States District Court for the Southern District of Florida issues any decision, opinion, or Order concerning the Florida Application, such decision, opinion, or Order shall have no effect on Caban's right to object to the Application in this Court.

Respectfully submitted,

Date: December 16, 2020                     HOGAN LOVELLS US LLP

                                            _____/s/ Alyssa Saviss_____
                                            ALYSSA SAVISS
                                            *Attorneys for Applicants*
                                            MULTIFLORA INTERNATIONAL LTD.,
                                            AGRÍCOLA INDUSTRIAL ENTRE RIOS, S.A.,
                                            and AGRÍCOLA ESPERANZA JACOBI S.A.

Date: December 16, 2020                     THE NORTON LAW FIRM

                                            _____/s/ Fred Norton_____
                                            FRED NORTON
                                            *Attorneys for Third Party*
                                            CABAN SYSTEMS, INC.

**DECLARATION OF CONSENT**

The undersigned attests, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of the document has been obtained from the other signatories to this document.

Dated:  December 16, 2020  /s/ *Fred Norton*
                                                    FRED NORTON