**HOGAN LOVELLS US LLP**
Alyssa Saviss (California Bar No. 318387)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
alyssa.saviss@hoganlovells.com

**HOGAN LOVELLS US LLP**
Marty Steinberg (Florida Bar No. 187293)
Rafael R. Ribeiro (Florida Bar No. 896241)
Richard C. Lorenzo (Florida Bar No. 71412)
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 459-6500
Fax: (305) 459-6550
marty.steinberg@hoganlovells.com
rafael.ribeiro@hoganlovells.com
richard.lorenzo@hoganlovells.com

*Counsel for Applicants*
MULTIFLORA INTERNATIONAL LTD.,
AGRÍCOLA INDUSTRIAL ENTRE RIOS, S.A.,
and AGRÍCOLA ESPERANZA JACOBI S.A.

**THE NORTON LAW FIRM PC**
Fred Norton (SBN 224725)
299 Third Street, Suite 106
Oakland, California 94607
Tel: (510) 906-4900
Fax: (510) 906-4910
fnorton@nortonlaw.com
bhann@nortonlaw.com
mturetzky@nortonlaw.com

*Attorneys for Third Party*
CABAN SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA. SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Application of MULTIFLORA INTERNATIONAL LTD., AGRÍCOLA INDUSTRIAL ENTRE RIOS, S.A., and AGRÍCOLA ESPERANZA JACOBI, S.A.,<br><br>       Applicants,<br><br> Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence for Use in Foreign Proceedings | CASE NO. 4:20-MC-80193-DMR<br><br>[~~PROPOSED~~] ORDER |

**[~~PROPOSED~~] ORDER**

Having considered, the Court hereby **ORDERS** that

1. The Court shall take no action on the November 3, 2020 Application for Judicial Assistance by Applicants Multiflora International Ltd. ("Multiflora"), Agrícola Industrial Entre Ríos, S.A. ("Entre Ríos"), and Agrícola Esperanza Jacobi, S.A. ("Esperanza Jacobi"), until such time as Caban has submitted its objections to the Application and the Court has ruled on them, or the Applicants and Caban have notified the Court that they have reached agreement on the scope of the requested discovery;

2. To the extent that the Applicants and Caban are unable to reach an agreement resolving the Application, Caban shall submit all such objections or challenges to the request for judicial assistance in the form of a motion to intervene and to quash and shall do so no later than January 19, 2021, absent further stipulation or Order of the Court.

3. All of Caban's objections to the Application and any other grounds to challenge the grant of judicial assistance or the scope of the specific discovery sought are preserved until such time as the Applicants and Caban reach a formal agreement or stipulation resolving those objections and challenges, or the Court has issued a final Order sustaining or overruling them.

4. To the extent that the United States District Court for the Southern District of Florida issues any decision, opinion, or Order concerning Applicants' Application for Judicial Assistance in Case No. 1:20-mc-24198-JEM, such decision, opinion, or Order shall have no effect on Caban's right to object to the Application in this Court.

**IT IS SO ORDERED.**

Dated: January 7, 2021

_____
The Honorable Donna M. Ryu
United States Magistrate Judge