**HOGAN LOVELLS US LLP**
Alyssa Saviss (California Bar No. 318387)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
alyssa.saviss@hoganlovells.com

**HOGAN LOVELLS US LLP**
Marty Steinberg (Florida Bar No. 187293)
Rafael R. Ribeiro (Florida Bar No. 896241)
Richard C. Lorenzo (Florida Bar No. 71412)
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 459-6500
Fax: (305) 459-6550
marty.steinberg@hoganlovells.com
rafael.ribeiro@hoganlovells.com
richard.lorenzo@hoganlovells.com

*Counsel for Applicants*
MULTIFLORA INTERNATIONAL LTD.,
AGRÍCOLA INDUSTRIAL ENTRE RIOS, S.A.,
and AGRÍCOLA ESPERANZA JACOBI S.A.

**THE NORTON LAW FIRM PC**
Fred Norton (SBN 224725)
299 Third Street, Suite 106
Oakland, California 94607
Tel: (510) 906-4900
Fax: (510) 906-4910
fnorton@nortonlaw.com
bhann@nortonlaw.com
mturetzky@nortonlaw.com

*Attorneys for Third Party*
CABAN SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA. SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Application of MULTIFLORA INTERNATIONAL LTD., AGRÍCOLA INDUSTRIAL ENTRE RIOS, S.A., and AGRÍCOLA ESPERANZA JACOBI, S.A.,<br><br>        Applicants,<br><br> Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence for Use in Foreign Proceedings | CASE NO. 4:20-MC-80193-DMR<br><br>[~~PROPOSED~~] ORDER |

**[PROPOSED] ORDER**

Having considered, the Court hereby **ORDERS** that

1. The Court shall take no action on the November 3, 2020 Application for Judicial Assistance by Applicants Multiflora International Ltd. ("Multiflora"), Agrícola Industrial Entre Ríos, S.A. ("Entre Ríos"), and Agrícola Esperanza Jacobi, S.A. ("Esperanza Jacobi") (collectively, the "Applicants"), until such time as Caban has submitted the aforementioned documents and information to the Applicants, and the Applicants have had time to review the sufficiency of the production in order to make a determination of whether to proceed with the Application.

2. Caban shall produce the agreed-upon documents and information to the Applicants by February 12, 2021.

3. The Applicants shall review the sufficiency of the documents and information thereafter. If the Applicants have determined that Caban has failed to produce all of the aforementioned documents and information as stipulated, the Applicants shall inform Caban of the insufficiency no later than February 19, 2021.

4. To the extent that the Applicants and Caban are unable to reach an agreement resolving the Application, Caban shall submit all such objections or challenges to the Application in the form of a motion to intervene and to quash and shall do so no later than February 26, 2021, absent further stipulation or Order of the Court, and Applicants shall pursue the relief set forth in its Application in its entirety. In the event that Applicants pursue the relief set forth in the Application, Caban shall remain free to assert any and all objections, defenses, and arguments against the Court providing such relief.

5. To the extent that Caban provides all of the aforementioned documents and information by the agreed-upon deadline, the Applicants shall withdraw their Application from the Court.

**IT IS SO ORDERED.**

Dated: 2/3/2021

_____
The Honorable Donna M. Ryu
United States Magistrate Judge