**HOGAN LOVELLS US LLP**
Alyssa Saviss (California Bar No. 318387)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
alyssa.saviss@hoganlovells.com

**HOGAN LOVELLS US LLP**
Rafael R. Ribeiro (Florida Bar No. 896241)
Richard C. Lorenzo (Florida Bar No. 71412)
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 459-6500
Fax: (305) 459-6550
rafael.ribeiro@hoganlovells.com
richard.lorenzo@hoganlovells.com

*Counsel for Applicants*
MULTIFLORA INTERNATIONAL LTD.,
AGRÍCOLA INDUSTRIAL ENTRE RIOS, S.A.,
and AGRÍCOLA ESPERANZA JACOBI S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Application of MULTIFLORA INTERNATIONAL LTD., AGRÍCOLA INDUSTRIAL ENTRE RIOS, S.A., and AGRÍCOLA ESPERANZA JACOBI, S.A., <br><br> Applicants, <br><br> Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence for Use in Foreign Proceedings | CASE NO. 4:20-MC-80193-DMR <br><br> **NOTICE OF INTENT TO PURSUE 28 U.S.C. § 1782 APPLICATION** |

Applicants Multiflora International Ltd. ("Multiflora"), Agrícola Industrial Entre Ríos, S.A. ("Entre Ríos"), and Agrícola Esperanza Jacobi, S.A. ("Esperanza Jacobi") (collectively, the "Applicants") hereby submit this Notice of Intent to Pursue 28 U.S.C. § 1782 Application.

On November 3, 2020 Applicants filed in this Court an ex parte application pursuant to 28 U.S.C. § 1782 seeking an order to take discovery in aid of foreign proceedings (the "Application") from Caban Systems, Inc. ("Caban"), a California company located in this District (Dkt. No. 1). Applicants filed the Application because Caban's principal is the daughter of Christian Rasch, who Applicants contend misappropriated the Applicants' assets and funds. *See* Application ¶¶ 9-21. With respect to Caban, Christian Rasch improperly and without authorization caused at least $350,000 to be transferred from Multiflora's Morgan Stanley to Caban. *Id*. at ¶ 16.

Caban's counsel contacted Applicants' counsel and the parties conferred in an attempt to obtain the responsive information without further Court intervention. Consequently, Applicants and Caban entered into a stipulation that required Caban to respond to the Application by way of a motion to intervene and to quash on January 5, 2021 (Dkt. No. 4). The Court approved the parties' stipulation to extend deadlines on January 20, 2021 (Dkt. No. 9).

In the interim, although Caban had issued shares to Multiflora as purported consideration for the transfer of $250,000 from Multiflora to Caban, Caban notified Applicants that in fact Caban had canceled the shares issued to Multiflora and instead had them reissued to a third party. Applicants notified Caban of their concern regarding the cancellation of the Multiflora shares and also asked for information (i) regarding the identity of the third party that purportedly had received the Caban shares and (ii) whether anything of value had been provided by this third party in exchange for this issuance of shares. **Importantly, Applicants were assured that the third party that had received the Caban shares was a bona fide entity and not related to Christian Rasch or his family.**

In the spirit of attempting to resolve this matter, on January 29, 2021, Applicants and Caban entered into a Joint Stipulation where Caban agreed to produce certain responsive documents and information by February 12, 2021 (Dkt. No. 10). If the Applicants determined that Caban failed to produce all of the aforementioned documents and information as stipulated, the Applicants agreed to inform Caban of the insufficiency of its production by no later than February 19, 2021. *Id*.

To the extent that the Applicants and Caban were unable to reach an agreement resolving the Application, Caban was required to submit all objections or challenges to the Application in the form of a motion to intervene and to quash by no later than **February 26, 2021**. The Applicants preserved the right to pursue the Application in its entirety if Caban failed to produce all of the aforementioned documents and information. *Id*. The Court granted the parties' Joint Stipulation on February 3, 2021 (Dkt. No. 11).

On February 11, 2021, Caban produced a total of six (6) documents to Applicants bates-numbered CABAN000001-CABAN000029. After reviewing the production to determine its sufficiency, Applicants determined that Caban's production did not contain the documents and information agreed-upon by the parties. Applicants informed Caban of the insufficiency of its production on February 19, 2021 via a letter. *See* Exhibit A.

As explained in Applicants' letter, Caban failed to produce sufficient documents or information to identify the Caban shares initially issued to Multiflora and allegedly reissued to a third party. The sole document produced related to this transaction is Multiflora International Ltd.'s cancelled certificate of shares (CABAN000001-CABAN000008). This document has a single "note" that the shares were allegedly transferred to an entity named Gaia Investment Holdings, Corp. ("Gaia"). Caban failed to produce any other documents related to this alleged transfer, including but not limited to any documents showing whether Gaia paid anything of value for this alleged transfer of shares, or whether Christian Rasch had the authority to enter into this Multiflora transaction. Further, it is not clear from the document production that the shares were actually "transferred" to Gaia rather than reissued (since Multiflora's shares purportedly were "cancelled"). Finally, from the documents produced, it appears that Caban uses a system called "Carta" to manage the issuance/cancellation/transfer of shares, and yet Caban failed to produce any documents from the Carta system related to the transaction related to Gaia (Carta transaction PSA-12).

More disturbingly, and contrary to Caban's representations—which Applicants materially relied upon when entering into the Stipulation—public records obtained from Panama's Public Registry evidence that Caban's principal, Alexandra Rasch Castillo, is the President and Director of Gaia, and that her sisters, Jacqueline Rasch Castillo and Nadine Rasch Castillo, are Gaia's Secretary and Treasurer,

respectively.[1]  *See* Public Registry Folio No. 155695611, in the original Spanish version and in an English translation, attached as composite Exhibit B.[2]  Alexandra, Jacqueline, and Nadine are Christian Rasch's daughters.  In summary, Caban purported to cancel Multiflora's shares in Caban and had them reissued to a Panamanian entity that is controlled by Caban's principal and the daughter of Christian Rasch.  This fraudulent transfer purports to deprive Applicant Multiflora of the shares that it had received in exchange for Christian Rasch's unauthorized transfer of $250,000 to Caban.  Applicants should be permitted to prosecute their Application to obtain information regarding the reissuance of the shares so that they can introduce this evidence in the Guatemalan Proceedings.

Caban further has failed to produce documents or information sufficient to show the other transfers of funds from Multiflora's accounts to Caban's accounts.  The two documents produced related to this stipulated production category are bates-numbered CABAN000009-CABAN000010 and CABAN000024-CABAN000027.  These documents show a transfer of $101,750 on May 24, 2019 from Caban to Morgan Stanley "for credit to Multiflora."  However, Caban has failed to produce sufficient documents or information to properly identify the Morgan Stanley account involving this alleged transfer or documents sufficient to show that this transfer to Multiflora actually took place.  Caban also has not produced any documents evidencing that it received the $263,938.36 that constituted the purported consideration for the issuance of the shares to Multiflora.

**Finally, Caban did not submit any objections or challenges to the Application by the Court-ordered February 26, 2021 deadline.**

In summary, although the parties met and conferred on February 22, 2021 in an attempt to resolve the production insufficiency, the parties were unable to reach a mutually agreeable resolution.  Therefore, Applicants are respectfully giving notice of their intent to pursue the Application in its entirety and also notifying the Court that Caban failed to contest the Application by the Court-ordered deadline of February 26, 2021.

---

[1] Public Registry Folio No. 155695611 lists "Alexandr<u>e</u> Rasch Castillo" as Gaia's President and Director, but it is undisputed that the reference is to "Alexandr<u>a</u> Rasch Castillo," Caban's principal and the daughter of Christian Rasch.

[2] From publicly available records in Panama, Public Registry Folio No. 155695611 is the operative corporate record for Gaia.  *See* screen shot from Panamanian Public Registry, in both the original Spanish and English translation, attached as composite Exhibit C.

Respectfully submitted,

Date:   March 9, 2021

**HOGAN LOVELLS US LLP**

_____
Alyssa Saviss
*Attorneys for Applicants*
MULTIFLORA INTERNATIONAL LTD.,
AGRÍCOLA INDUSTRIAL ENTRE RIOS, S.A.,
and AGRÍCOLA ESPERANZA JACOBI S.A.