# EXHIBIT A



Hogan Lovells US LLP
600 Brickell Avenue
Suite 2700
Miami, FL  33131
T  +1 305 459 6500
F  +1 305 459 6550
www.hoganlovells.com

February 19, 2021

Fred Norton
Attorney at Law
The Norton Law Firm PC
299 Third Street, Suite 106
Oakland, California 94607
fnorton@nortonlaw.com

Re:    ***Caban System, Inc.'s Production of Documents Pursuant to Joint Stipulation***

Dear Fred:

Pursuant to the Joint Stipulation entered into between Multiflora International Ltd., Agricola Industrial Entre Rios, S.A., and Agricola Esperanza Jacobi, S.A. (collectively, "Multiflora") and Caban Systems, Inc. ("Caban") (Dkt. No. 10), and the Order granting the Joint Stipulation (Dkt. No. 11), Multiflora was to inform Caban of any insufficiencies of Caban's agreed-upon document production by Friday, February 19, 2021.  Please treat this letter as notice that Multiflora has found Caban's document production to be insufficient to satisfy the terms of the Joint Stipulation.

Multiflora found Caban's production of the six (6) documents to be insufficient in the following ways:

First, Caban has failed to produce sufficient documents or information to identify the Caban shares initially issued to Multiflora and allegedly reissued to a third party.  The sole document produced related to this transaction is Multiflora International Ltd.'s cancelled certificate of shares (CABAN000001-CABAN000008).  This document has a single "note" that the shares were allegedly transferred to an entity named Gaia Investment Holdings, Corp. ("Gaia").  Caban has failed to produce any other documents related to this alleged transfer, including but not limited to any documents showing whether Gaia paid anything of value for this alleged transfer of shares, or whether Christian Rasch had the authority to enter into this Multiflora transaction.  Further, it is not clear from the document production that the shares were actually "transferred" to Gaia rather than re-issued (since Multiflora's shares purportedly were "cancelled").  Finally, from the document produced, it appears that Caban uses a system called "Carta" to manage the issuance/cancellation/transfer of shares, and yet Caban failed to produce any documents from the Carta system related to the transaction related to Gaia (Carta transaction PSA-12).

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar  Zagreb.  Business Service Centers:  Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com

\\MI - 767144/000001 - 718741 v1

Second, Caban has failed to produce sufficient documents or information to identify the address and contact information of the third party purportedly in possession of the aforementioned shares. The only document Caban has produced in relation to Gaia is the same aforementioned document (CABAN000001-CABAN000008). This document is insufficient to properly identify the address and contact information of Gaia. Since the Carta records identify Gaia as an "affiliated entity" to Multiflora at the time of the September 18, 2020 re-issuance of the shares to Gaia, it is inconceivable that Caban cannot provide full contact information for Gaia.

Third, Caban has failed to produce documents or information sufficient to show the transfer of funds from Multiflora's accounts to Caban's accounts. The two documents produced related to this stipulated production category are bates-numbered CABAN000009-CABAN000010 and CABAN000024-CABAN000027. These documents show a transfer of $101,750 on May 24, 2019 from Caban to Morgan Stanley "for credit to Multiflora." However, Caban has failed to produce sufficient documents or information to properly identify the Morgan Stanley account involving this alleged transfer or documents sufficient to show that this transfer to Multiflora actually took place. Caban also has not produced any documents evidencing that it received the $263,938.36 that constituted the purported consideration for the issuance of the shares to Multiflora. *See* CABAN00005.

Multiflora is prepared to further discuss the additional documents necessary to satisfy the Joint Stipulation in order to resolve this insufficiency of Caban's production. Please let us know when you are available for a telephone call to reach a resolution satisfactory to both parties.

Finally, because the documentation provided indicates that the re-issuance of the Caban shares to Gaia may constitute a fraudulent transfer without the exchange of any consideration, please treat this letter as notice that Caban is to preserve all hard copy and electronically-stored documents and information relating to the Gaia transaction.

Best regards,

Rafael Ribeiro
Attorney for Multiflora International Ltd., Agricola Industrial Entre Rios, S.A., and Agricola Esperanza Jacobi, S.A.

# EXHIBIT B

Registro Público de Panamá

## (MERCANTIL) FOLIO Nº 155695611 - INSCRIPCIÓN
### INSCRITO AL ASIENTO NÚMERO 2

### CAMBIO DE DIRECTORES, DIGNATARIOS O MIEMBROS DE SOCIEDAD O FUNDACIÓN

**CARGOS DE BAJA**
DIRECTOR / PRESIDENTE: MARY ALEXA DOMÍNGUEZ RIVERA
DIRECTOR / SECRETARIO: GERMAN ALONSO PINZON GONZALEZ
DIRECTOR / TESORERO: YAKYBEL YINETH CHIRÚ VÁSQUEZ

**TODOS LOS CARGOS ACTUALIZADOS**
AGENTE RESIDENTE:MELHADO MENDOZA & ASOCIADOS
DIRECTOR / PRESIDENTE:ALEXANDRE RASCH CASTILLO
DIRECTOR / SECRETARIO:JACQUELINE RASCH CASTILLO
DIRECTOR / TESORERO:NADINE RASCH CASTILLO
SUSCRIPTOR:YAKYBEL YINETH CHIRÚ VÁSQUEZ
SUSCRIPTOR:JAIME JAVIER GONZALEZ NUÑEZ

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 198521/2020 (0) PRESENTADA EN ESTE REGISTRO EL DÍA 08/27/2020 A LAS 09:44 A.M.

**DOCUMENTOS PRESENTADOS**
ESCRITURA PÚBLICA NÚMERO 10442 DE FECHA 08/19/2020
AUTORIZANTE: NOTARIO PÚBLICO LIC. ERICK ANTONIO BARCIELA CHAMBERS DE LA NOTARÍA NÚMERO 8 DE PANAMÁ

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A SESENTA Y CINCO BALBOAS (B/. 65.00)



Valide su documento electrónico a través del CÓDIGO QR impreso en el pie de página
o a través del Identificador Electrónico: 722576D0-FA63-4283-85FE-E949A0D99E48
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

1/1



**Registro Público de Panamá / Panama Public Registry**

(COMMERCIAL) RECORD N° 155695611 – REGISTRATION
REGISTERED TO ENTRY NUMBER 2

**CHANGE OF DIRECTORS, DIGNATARIES OR MEMBERS OF THE COMPANY OR FOUNDATION**

**CANCELED POSITIONS**

DIRECTOR / PRESIDENT: MARY ALEXA DOMÍNGUEZ RIVERA
DIRECTOR / SECRETARY: GERMAN ALONSO PINZON GONZALEZ
DIRECTOR / TREASURER: YAKYBEL YINETH CHIRÚ VÁSQUEZ

**ALL UPDATED POSITIONS**

RESIDENT AGENT: MELHADO MENDOZA & ASOCIADOS
DIRECTOR / PRESIDENT: ALEXANDRE RASCH CASTILLO
DIRECTOR / SECRETARY: JACQUELINE RASCH CASTILLO
DIRECTOR / TREASURER: NADINE RASCH CASTILLO
SUBSCRIBER: YAKYBEL YINETH CHIRÚ VÁSQUEZ
SUBSCRIBER: JAIME JAVIER GONZALEZ NUÑEZ

THIS REGISTRATION ENTRY HAS BEEN CARRIED OUT IN THE RECORD 198521/2020 (0) SUBMITTED IN THIS REGISTRY ON 08/27/2020 AT 09:44 A.M.

**SUBMITTED DOCUMENTS**

PUBLIC DEED NUMBER 10442 DATED 08/19/2020
AUTHORIZING: PUBLIC NOTARY MR. ERICK ANTONIO BARCIELA CHAMBERS OF THE NOTARY OFFICE NUMBER 8 OF PANAMA

QUALIFICATION AND RECORD RIGHTS AMOUNT TO SIXTY FIVE BALBOAS (B/. 65.00)



Validate your electronic document through the QR CODE printed in the footer or through the Electronic Identifier: 722576D0-FA63-4283-85FE-E949A0D99E48
Panama Public Registry – España Avenue, in front of San Fernando Hospital
Zip Code 0830 – 1596 Panama, Panama Republic – (507)501-6000

# EXHIBIT C

# BÚSQUEDA DE FOLIOS / FINCAS / FICHAS

**VOLVER A BUSCAR**

Arrastre una columna aquí para agrupar por dicha columna

| Folio / Finca / Ficha | Sociedad | Módulo de Emulador | Propietarios | Status | Ver |
|---|---|---|---|---|---|
| (MERCANTIL) Folio Nº 596562 (S) | GAIA INTERNATIONAL INVESTMENT CORP. | Sociedades Anónimas | | DISUELTO | 🔍 |
| (MERCANTIL) Folio Nº 670549 (S) | GAIA INVESTMENTS PANAMA, INC | Sociedades Anónimas | | VIGENTE | 🔍 |
| (MERCANTIL) Folio Nº 758834 (S) | GAIA MANAGEMENT INVESTMENT CORPORATION. | Sociedades Anónimas | | SUSPENDIDO | 🔍 |
| (MERCANTIL) Folio Nº 155695611 | GAIA INVESTMENT HOLDINGS CORP. | | | VIGENTE | 🔍 |

| RECORD / ESTATE / SHEET SEARCH | | | | | |
|---|---|---|---|---|---|
| | | | | | SEARCH AGAIN |
| Drag a column here to group by that column | | | | | |
| **Record / Estate / Sheet** | **Company** | **Emulator Unit** | **Owners** | **Status** | **See** |
| **(COMMERCIAL) Record N° 596562 (S)** | GAIA INTERNATIONAL INVESTMENT CORP. | Corporations | | DISSOLVED | 🔍 |
| **(COMMERCIAL) Record N° 670549 (S)** | GAIA INVESTMENTS PANAMA, INC | Corporations | | ACTIVE | 🔍 |
| **(COMMERCIAL) Record N° 758834 (S)** | GAIA MANAGEMENT INVESTMENT CORPORATION. | Corporations | | SUSPENDED | 🔍 |
| **(COMMERCIAL) Record N° 155695611** | GAIA INVESTMENT HOLDINGS CORP. | | | ACTIVE | 🔍 |